In the Matter of the Application of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Real Property Required for Opening and Extending Dickens (Franklin) Avenue in the Borough of Queens.

CROSS BAY CONSTRUCTION Co., INC., Appellant.

(Submitted October 11, 1933; decided October 27, 1933.)

*Leon Sanders, John R. McMullen* and *Jacob N. Geffen* for appellant.

*Arthur J. W. Hilly, Corporation Counsel (Joel J. Squier, Joseph G. Mathews* and *Harry B. Mintz* of counsel), for respondent.

no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.